# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

| | |
|---|---|
| **CARLO WILLIAMS,** | ) |
| Plaintiff, | ) |
| v. | ) No. 20-cv-2211-TLP-tmp |
| **PLANTERS GIN COMPANY, INC.** | ) |
| Defendant. | ) |

_____

## REPORT AND RECOMMENDATION
_____

On March 23, 2020, plaintiff Carlo Williams filed a *pro se* complaint against Planters Gin Company, Inc.[1] (ECF No. 1.) Defendant filed a motion for judgment on the pleadings on June 30, 2020. (ECF No. 12.) Because plaintiff did not timely respond to the motion, the undersigned entered an order to show cause on August 17, 2020. (ECF No. 13.) Plaintiff did not respond to the order to show cause either. The court then ordered the parties to meet and confer pursuant to Fed. R. Civ. P 26(f) and Local Rule 16. (ECF Nos 15 & 17.) The court directed the parties to submit proposed scheduling orders to the undersigned by October 7, 2020. Defendant submitted a proposed scheduling order but informed the

___

[1]Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States magistrate judge for management and for all pretrial matters for determination or report and recommendation, as appropriate.

court that it was unable to reach Williams to meet and confer as instructed. Because Williams did not submit a proposed scheduling order, the court entered an additional order to show cause directing Williams to advise the court of his intent to pursue the action by the end of business on Thursday, October 15, 2020. (ECF No. 18.) The order informed Williams that if he did not respond to the order to show cause by that date, the court would dismiss the action for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Because Williams did not file any such response, it is recommended that the action be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Respectfully submitted,

s/ Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

October 19, 2020
Date

**NOTICE**

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS.  ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY.  28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); L.R. 72.1(g)(2).  FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.**